JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGIE J. YELTON, | ) | Case No. CV 18-10374 FMO (RAOx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LOANCARE, LLC, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 14th day of August, 2019.

/s/
Fernando M. Olguin
United States District Judge